**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Abraham Medrano-Ambris,<br><br>    Petitioner,<br>v.<br><br>Katrina Kane, et al.,<br><br>    Respondents. | No. 12-CV-00024-PHX-PGR (MHB)<br><br>**ORDER** |

Currently before the Court are Petitioner's Petition for Writ of Habeas Corpus (Doc. 1), Motion for Preliminary Injunction (Doc. 4), and Motion to Dismiss Case (Doc. 16), and the Amended Report and Recommendation of Magistrate Judge Burns (Doc. 17).

In his petition, Petitioner argued that his mandatory detention without bond under 8 U.S.C. § 1226(c) was unlawful and violative of his due process rights. However, in his motion to voluntarily dismiss the petition, Petitioner indicated that on February 14, 2012, he was granted a bond hearing and ordered released upon the posting of a $10,000 bond.

Petitioner having been granted the relief sought in his petition, Magistrate Judge Burns recommended that Petitioner's voluntary motion to dismiss be granted. The Court agrees.

Accordingly, after reviewing *de novo* the Report and Recommendation of Magistrate Judge Burns,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 17) is **ACCEPTED** and **ADOPTED** by the Court.

1   **IT IS FURTHER ORDERED** that Petitioner's Motion to Voluntarily Dismiss
2 Petition for Writ of Habeas Corpus (Doc. 16) is **GRANTED**.

3   **IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus
4 pursuant to 28 U.S.C. § 2241 (Doc. 1) is **DISMISSED** without prejudice as moot.

5   **IT IS FURTHER ORDERED** that Petitioner's Motion for Preliminary Injunction
6 (Doc. 4) is **DENIED** as moot.

7   DATED this 14th day of March, 2012.

*(signature)*
Paul G. Rosenblatt
United States District Judge